UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

*24-26 ECT/ LIB*

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| Plaintiff, | |
| v. | 21 U.S.C. § 841(a)(1) |
| | 21 U.S.C. § 841(b)(1)(A) |
| 1. CARL MAURICE BROWN, | 21 U.S.C. § 841(b)(1)(B) |
| 2. ROBERT DESEAN CHISM, | 21 U.S.C. § 846 |
| 3. MATTHEW JAMES ERICKSON, | 21 U.S.C. § 853 |
|    a/k/a "EZ," | |
| 4. ANTHONY LENARD GREEN, | |
| 5. EZELL CORDERO LUCAS, | |
|    a/k/a "Cash," | |
| 6. ARREAL DOMINIQUE TIMBERLAKE, | |
| 7. DEANDRE MICHAEL | |
|    WESTMORELAND, *and* | |
| 8. PHAROO NASUN WITHERSPOON, | |
| Defendants. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
(Conspiracy To Distribute Fentanyl and Methamphetamine)

Beginning on or about December 23, 2021, and continuing through on or

about February 8, 2024, the exact dates being unknown to the grand jury, in

the State and District of Minnesota, the defendants,

**CARL MAURICE BROWN,**
**ROBERT DESEAN CHISM,**
**MATTHEW JAMES ERICKSON,**
a/k/a "EZ,"
**ANTHONY LENARD GREEN,**
**EZELL CORDERO LUCAS,**

SCANNED

FEB 0 8 2024

U.S. DISTRICT COURT ST. PAUL

*United States v. Carl Brown et al.*

a/k/a "Cash,"
**ARREAL DOMINIQUE TIMBERLAKE,**
**DEANDRE MICHAEL WESTMORELAND, and**
**PHAROO NASUN WITHERSPOON,**

did knowingly and intentionally conspire with each other and others, known and unknown to the grand jury, to distribute fentanyl and methamphetamine in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

Quantities of Controlled Substances Involved in the Conspiracy

1. With respect to defendants **CARL MAURICE BROWN,** **ROBERT DESEAN CHISM, MATTHEW JAMES ERICKSON,** a/k/a "EZ," **ANTHONY LENARD GREEN, EZELL CORDERO LUCAS,** a/k/a "Cash," **ARREAL DOMINIQUE TIMBERLAKE,** and **DEANDRE MICHAEL WESTMORELAND,** their conduct as members of the conspiracy charged in Count 1, which included reasonably foreseeable conduct of other members of the conspiracy, involved 400 grams or more of a mixture and substance mixture containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly called "fentanyl"), a controlled substance, and 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance, all in violation of Title 21, United States Code, Section 841(b)(1)(A).

*United States v. Carl Brown et al.*

2.      With respect to defendant **PHAROO NASUN WITHERSPOON**, his conduct as a member of the conspiracy charged in Count 1, which included the reasonably foreseeable conduct of other members of the conspiracy, involved 40 grams or more of a mixture and substance containing a detectable amount of N–phenyl–N–[1–(2–phenylethyl)–4–piperidinyl] propenamide (commonly called "fentanyl"), a controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B).

## FORFEITURE ALLEGATIONS

Count 1 of this Indictment is hereby realleged and incorporated as if fully set forth herein by reference for the purpose of alleging forfeitures.

If convicted of Count 1 of the Indictment, the defendants shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of that offense, including but not limited to the following:

- approximately $1,863.00 in U.S. currency seized on February 24, 2022;

3

*United States v. Carl Brown et al.*

- approximately $9,930.00 in U.S. currency seized on June 7, 2023;

- approximately $1,627.00 in U.S. currency seized on July 19, 2023;

- approximately $5,693.00 in U.S. currency seized on August 16, 2023;

- approximately $2,710.00 in U.S. currency seized on October 12, 2023; and

- approximately $1,140.00 in U.S. currency seized on October 25, 2023.

If any of the above-described property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p).

A TRUE BILL

_____        _____
UNITED STATES ATTORNEY              FOREPERSON

4