UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>v.<br><br>Carl Maurice Brown,<br><br>                    Defendant. | Case No. 24-CR-00026 (ECT/LIB)<br><br><br>**DEFENDANT'S UNOPPOSED<br>MOTION TO MODIFY CONDITIONS<br>OF PRETRIAL RELEASE** |

Defendant Carl Maurice Brown, by and through his undersigned counsel, Brian Toder, hereby moves the Court for an Order modifying the conditions of his pretrial release. The relief sought is permission to be employed outside his residence at Bethel. It seeks no other modifications of the Order Setting Conditions of Release. (Dkt. 18.)

Counsel for the government has authorized your movant to represent to the Court that the United States has no objections to the motion. U.S. Probation Officer Matt Koppes has also authorized your movant to represent to the Court that U.S. Probation supports the motion and advises that Mr. Brown is presently awaiting an assessment that will determine if he needs in-patient or out-patient treatment. Defendant understands that accommodating treatment is paramount to employment.

                    Respectfully Submitted,

Dated: March 7, 2024                    **CHESTNUT CAMBRONNE PA**

                              By: s/ *Brian N. Toder*
                              Brian N. Toder, #17869X
                              100 Washington Avenue South
                              Suite 1700
                              Minneapolis, MN 55401
                              (612) 339-7300; Fax: (612) 336-2940