UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 24-26 (ECT/LIB)

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | **GOVERNMENT'S BRIEF IN SUPPORT OF DEFENDANT'S MOTION FOR A CONTINUANCE** |
| CARL MAURICE BROWN, et al., | |
| Defendants. | |

On March 13, 2025, the Court issued both its ruling on the evidentiary objections addressed in a prior Report & Recommendation as well as a trial notice. The trial in the instant case is currently scheduled to begin in Duluth on April 21, 2025. Yesterday, Defendant Ezell Lucas moved for a brief continuance of the trial date. The government supports that motion.

Along with the bases for a continuance offered by Mr. Lucas, pursuant to 18 U.S.C. § 3161(h)(7)(B), the government highlights two additional points for the Court's consideration.

First, the current trial date poses a scheduling conflict for both counsel for the government and certain defense counsel. The government concurs with Mr. Lucas that given the scope of the charged conspiracy and number of relevant incidents at issue, *see* ECF No. 245 at 6–27, the trial in the instant matter will likely last several weeks. *See* ECF No. 255 at 2. Accordingly, an April 21 trial date would necessarily result in trial continuing into May. As

Mr. Lucas noted, counsel for the government is currently scheduled for trial in St. Paul before Judge Susan Richard Nelson on April 28, 2025. *See United States v. Maldonado-Benitez et al.*, Crim. No. 23-315 (SRN/DTS). Counsel for Mr. Erickson is representing one of the defendants in that case as well. In that matter, the parties submitted their pretrial filings on March 10 and exhibit and witness lists on March 17. The pretrial conference is scheduled for April 3, and the parties fully anticipate the case proceeding to trial. It would be highly impracticable for counsel to adequately prepare for both trials as currently scheduled.

Second, the number of defendants currently expected to stand trial in the instant matter raises logistical concerns. At present, six defendants have yet to signal an intent to enter a plea, though settlement discussions continue. A brief continuance will allow the parties and the Court to clarify the scope of the case and address any outstanding logistical questions and necessities.

Accordingly, the government respectfully submits that the ends of justice support the requested continuance. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The government therefore joins Mr. Lucas's motion to continue the trial date for a period of at least 60 days.

Dated: March 20, 2025　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　LISA D. KIRKPATRICK
　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　*s/ Garrett S. Fields*
　　　　　　　　　　　　　　　　　　GARRETT S. FIELDS
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney